**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Greensboro Division**

JONATHAN NELMS,

    Plaintiff,

        v.                           Case No. 1:21-cv-00925

EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Nelms ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismissal with prejudice of this matter with each party to pay its own costs and attorney's fees regarding Plaintiff's claims against Defendant. Therefore, dismissal without a court order is proper.

Dated: February 13, 2023

                                      Respectfully submitted,

/s/ *Leonard A. Bennett*          /s/ *Ashley Kamphaus Brathwaite*
Leonard A. Bennett (NC Bar No.21576)    Ashley Kamphaus Brathwaite (NC Bar No.33830)
Consumer Litigation Associates, P.C.    Ellis & Winters, LLP
763 J. Clyde Morris Boulevard, Suite 1-A    4131 Parklake Avenue, Ste. 400
Newport News, VA 23607    Raleigh, NC 27612
757-930-3660    919-573-1297
Fax: 757-930-3662    Fax: 919-865-7010
lenbennett@clalegal.com    Ashley.brathwaite@elliswinters.com

*Counsel for Plaintiff*            *Counsel for Defendant*